```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                              CRIMINAL ACTION NO. 2:13-00277

BRANDON SOLOMON


### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On September 22, 2014, and October 27, 2014, the United States of America appeared by John J. Frail, Assistant United States Attorney, and the defendant, Brandon Solomon, appeared in person and by his counsel, Lex A. Coleman, Assistant Federal Public Defender, for a hearing on the petition on supervised release submitted by United States Probation Officer Patrick M. Fidler.  The defendant commenced a three-year term of supervised release in this action on May 1, 2014, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on April 24, 2014.

The court heard the evidence, admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant violated federal and state law inasmuch as on July 26, 2014, he committed an act of robbery and was in possession of a firearm as a convicted felon as more fully set forth in the court's Memorandum Opinion and Order entered on October 24, 2014; (2) the defendant used and possessed marijuana as evidenced by positive urine specimens submitted by him on June 3 and July 1, 2014, and his subsequent admissions on each occasion; (3) the defendant failed to appear for urine screens as directed on May 14 and 27, June 26 and July 7, 2014; and (4) the defendant failed to appear for substance abuse counseling and treatment as directed on May 6 and 21, and July 9, 2014;  all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously

imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of **EIGHTEEN (18) MONTHS**, to be followed by a term of eighteen months of supervised release upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit another federal, state or local crime.

The defendant was remanded to the custody of the United States Marshal.

**The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.**

DATED: October 29, 2014

_____
John T. Copenhaver, Jr.
United States District Judge